E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **Price       Phillip**
      (Last)         (First)         (Initial)

Prisoner Number **T-75188**

Institutional Address **No longer in custody.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Phillip Price**
(Enter the full name of plaintiff in this action.)

vs.

**Gov. Arnold Schwarzonegger**
**Thomas Hoffman Dir. of C.D.C.**
**James Tilton - Secretary of C.D.C**
**Shirley Poe Reg. Parole Adm.**
**Deputy Comm. Robert Roos.**
(Enter the full name of the defendant(s) in this action))

Case No. **CV 08 1416 VRW**
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, **(PR)**
42 U.S.C §§ 1983

Demand for a Jury Trial

Pendant Jurisdiction

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

    [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.  Place of present confinement **none**

    B.  Is there a grievance procedure in this institution?
        YES ( )    (NO)( )

    C.  Did you present the facts in your complaint for review through the grievance procedure?
        YES ( )    (NO) ( )

    D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                              - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _There is no appeal procedure, it was eliminated May 1, 2004 by the Board of Parole Hearings._ First formal level _____

_____

_____

3. Second formal level _____

_____

_____ 4 Third formal level _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

_____

_____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Phillip Price, 624 14th St. Oakland, CA 94612 (510)419-0360_

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                 - 2 -

1 | place of employment.
2 | Arnold Schwarzenegger, Governor of California.
3 | Thomas Hoffman Director of C.D.C.R., James
4 | Tilton-Agency Secretary, Shirley Poe,
5 | Regional Parole Administrator, Deputy
6 | Commissioner Robert Roos.

III.

7 | Statement of Claim

8 | State here as briefly as possible the facts of your case. Be sure to describe how each
9 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 | separate numbered paragraph.

12 | Claim No. 1 - This complaint is against
13 | Deputy Commissioner Robert Roos of
14 | the California Department of Corrections
15 | and Rehabilitation in his official and
16 | individual capacity - while acting
17 | under the color of state law and enforcing
18 | a policy and custom used by C.D.C.R.
19 | On March 13, 2006, at the RedWood City
20 | County Jail in San Mateo County, before
21 | Comm. Roos at a Parole Revocation hearing-
22 | Pertaining to an alleged violation of having
23 | Sex with a minor. Plaintiff is not and was
24 | not a registered (see page attached) →

25 | IV.   Relief

26 | Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 |

COMPLAINT                              - 3 -

Claim No.1 Continued:

Sex offender.(no medical or doctor reports were used neither was there a police report). Agent of record was not present during the hearing. Plaintiff was not allowed to confront the alleged victim, neither was Plaintiff allowed to hear the alleged testimony on tape at the revocation hearing, Plaintiff requested a copy of the tape but never received a copy. Deputy Comm. Roos revoked Parole for one year. Plaintiff contends that Deptuty Comm. Roos, violated his Sixth, Fourteenth Constitutional Amendment rights and his California Constitutional Rights under Article I-Sections 1, 6, and 7. Plaintiff also contends that Deputy Comm. Roos, breached the plea bargin contract of 16 months- (Plaintiff has attached the abstract of judgment as exhibit A).

## CLAIM TWO:

The Defendants are state officials who Plaintiff is sueing in their official and individual capacity and who are responsible for the policies, procedures, and customs used to conduct parole revocation proceedings and who are the supervisors of Deputy Comm. Roos and who knew or should have known of the plea-bargin contract of 16 months. The defendants are Arnold Schwarzenegger Governor of the state of California, Thomas Hoffman-Director of C.D.C.R. James Tilton-Agency Secretary, and Shirley Poe-Regional Parole Administrator.

Plaintiff contends that defendants implicate a policy and custom-that violated his 6th and 14th Amendment Rights and equal Protection of law) Parole and Parole revocation hearings that exposed Plaintiff to a sentence in excess of the relevant statutory maximum and that breached the plea bargined contract of 16 months. (Plaintiff has attached as exhibit-B a copy of the C.D.C. Form 1502 which shows a discharge date of 8-11-07 - well in excess of 16 months).

## CLAIM TWO CONT.

The mandatory parole term exceeded the contract by restraining Plaintiffs liberty and exposing him to a much harsher penalty and violating his rights to a Jury trial.

NOTE: Plaintiff discharged this No. T-95188 on 8-11-07, but was incarcerated at the time, and has been given another Number of F-90712, Plaintiff was released on 2-20-08.

Relief -

Plaintiff is demanding a Jury trial and $5,000,000.00 in damages - and punitive damages.

Injunctive Relief - The court order an investigation of racial discrimination of the whole Department of C.D.C.R.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9__ day of __March__, 20_08_

_____Phillip Purie_____
(Plaintiff's signature)

COMPLAINT                                - 4 -

**EXHIBIT A**

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
## SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*[Not to be used for multiple count convictions or for 1/3 consecutive sentences.]*

CR-290.1

- ☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN MATEO**
- ☐ MUNICIPAL  BRANCH OR JUDICIAL DISTRICT **41100**

FILED SAN MATEO COUNTY DEC 1 1 2002 ... Superior Court By DEPUTY CLERK

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **PHILLIP PRICE**
AKA: **PHILLIP GERAL PRICE, ETC.**
CII#: **007092603**
BOOKING #: **0209058**
DOB: **03-27-63**
CASE NUMBER: **SC051678A**

☐ NOT PRESENT
☒ PRESENT
☐ AMENDED ABSTRACT

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 12-11-02 | 12 | H J ELLIS |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| MARK OSBORNE | JENELL MULLANE | NONE STATED |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☒ APPTD. |
|---|---|---|
| SARAI OBERMEYER | PRIVATE DEFENDER | |

Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION | JURY | COURT | PLEA | TERM (L,M,U) | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 496(A) | RECEIVED KNOWN STOLEN PROPERTY | 2002 | 06-12-02 | | | X | L | 1 | 4 |

ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

- ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).
- FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
  a. RESTITUTION FINE of: **$200.00** per PC 1202.4(b) forthwith per PC 2085.5.
  b. RESTITUTION FINE of: **$200.00** per PC 1202.45 suspended unless parole is revoked.
  c. RESTITUTION of: $_ per PC 1202.4(f) to ☐ victim(s)* ☐ Restitution Fund
     (*List victim name(s) if known and amount breakdown in item 7, below.)
     (1) ☐ Amount to be determined. (2) ☐ Interest rate of: _% (not to exceed 10% per PC 1204.4(f)(3)(F)).
  d. ☐ LAB FEE of: $_ for counts: _ per H&SC 11372.5(a).
  e. ☐ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a). f. ☐ FINE of $_ per PC 1202.5.
- TESTING: ☐ AIDS ☐ DNA pursuant to ☐ PC 1202.1 ☐ PC 290.2 ☐ other *(specify):* **296PC AFTER 1-99**

Other orders *(specify):*

| TOTAL TIME IMPOSED: | 1 | 4 |
|---|---|---|

- ☐ This sentence is to run concurrent with *(specify):*
- Execution of sentence imposed
  a. ☐ at initial sentencing hearing.
  b. ☐ at resentencing per decision on appeal.
  c. ☒ after revocation of probation.
  d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
  e. ☐ other *(specify):*

| DATE SENTENCE PRONOUNCED | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS INCLUDING: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | | SERVED TIME IN STATE INSTITUTION | | |
|---|---|---|---|---|---|---|---|---|
| 12-11-02 | | 326 | 218 | 108 | ☒ 4019 ☐ 2933.1 | ☐ DMH | ☒ CDC | ☐ CRC |

The defendant is remanded to the custody of the sheriff ☒ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays. To be delivered to ☐ the reception center designated by the director of the California Department of Corrections. ☒ other *(specify):* **SAN QUENTIN STATE PRISONS.**

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| VIRGILIO S. CASTRO | 12-11-02 |

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

STATE OF CALIFORNIA
CHARGE REPORT
CDC 1502 (b) (08/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DISTRIBUTION:
ORIGINAL - C-FILE
YELLOW - FIELD FILE
PINK - PAROLEE

EXHIBIT-B

REPORT TO: [X] BOARD OF PRISON TERMS

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT |
|---|---|---|---|
| T75188 | Price, Phillip | same | II/Redwood City |

| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS | | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|---|
| 05-07-07 | Menlo Park Police | [ ] MANDATORY | [X] NON-MANDATORY | 209058/San Mateo Co. jail |

ARREST CODE: D

*ARREST CODES:
A   DAPO STAFF ALONE                             B   LAW ENFORCEMENT AGENCY ALONE
AB  DAPO ASSISTED BY LAW ENFORCEMENT AGENCY      D   LAW ENFORCEMENT AGENCY WITH INFORMATION FROM DAPO

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 05-05-07 | 05-07-07 | Intact | M. Babb | 08-11-07 | n/a | |

CHARGES AND CODES:
1. Cond. 4: Possession of drug paraphernalia (750)
2. Cond. 4: Possession of cocaine (717)
3.
4.
5.
6.

REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO:
[ ] ABSCOND  [X] SELF  [ ] PROPERTY-OTHERS  [ ] SAFETY-OTHERS

DATE COPY GIVEN TO PAROLEE: 5/10/07
NAME OF PERSON NOTICING PAROLEE: [signature]

## Non-Priority

**Charges 1-2:** Price was arrested by Menlo Park Police for being in possession of cocaine and drug paraphernalia on 05-07-07. He was transported and booked into the San Mateo County jail. The report number is 07-1304.

PAROLE AGENT'S RECOMMENDATION:
Retain parole hold pending further investigation.

PAROLE AGENT'S SIGNATURE: G. Lee [signature]   DATE: 05-07-07

UNIT SUPERVISOR'S ACTION:
[X] DECISION  [ ] REVIEW  [X] RETAIN HOLD  [ ] RELEASE HOLD AS OF (DATE):  [ ] CANCELL WARRANTS - WANTS
[ ] CONTINUE ON PAROLE  [ ] CONTINUE IN OUT-PATIENT STATUS  [ ] *DISCHARGE EFFECTIVE DATE:  [ ] RETAIN ON PAROLE
[ ] REINSTATE ON PAROLE AS OF (DATE):  [ ] TIME LOSS  [ ] NO TIME LOSS  [ ] SUSPEND/REINSTATE IN OPS AS OF (DATE):  [ ] REFER TO BPT  [X] INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE): 5-15-07

SPECIAL CONDITION(S):
[ ]                                                                                [ ] ADD  [ ] DELETE

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION:
[X] I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD.

UNIT SUPERVISOR'S SIGNATURE: C. Gabbadon [signature]   DATE: 5-9-07

PAROLE ADMINISTRATOR'S COMMENTS/DECISION:

[ ] REFER TO BPT   [ ] *DISCHARGE EFFECTIVE DATE   FIELD ADMINISTRATOR'S SIGNATURE   DATE

UNITED STATES POSTAL SERVICE

0000

94102