E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Phillip Price
                    Plaintiff,

vs.

Arnold Schwarzegger, T. Hoffman, James Tilton, S. Poe, D.C. R. Roos     Defendant.

CV 08 1416

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

VRW

I, Phillip Price, declare, under penalty of perjury that I am the (PR) plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ⊙

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  *I have been unemployed for the last*
5  *3 years.*
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.  Business, Profession or                Yes ___ (No)
10          self employment
11      b.  Income from stocks, bonds,             Yes ___ (No)
12          or royalties?
13      c.  Rent payments?                         Yes ___ (No)
14      d.  Pensions, annuities, or                Yes ___ (No)
15          life insurance payments?
16      e.  Federal or State welfare payments,     Yes ___ (No)
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3. Are you married?                            Yes ___ (No)
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

1     b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

**none**

5. Do you own or are you buying a home?    Yes ___ **No** (circled)

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ **No** (circled)

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ **No** (circled) (Do <u>not</u> include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ___ **No** (circled) Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

8. What are your monthly expenses?

Rent: $ **none**     Utilities: **none**

Food: $ **200.00 mo.**     Clothing: $ **200.00 mo**

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| **none** | $ | $ |
| | $ | $ |
| | $ | $    9. Do |

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____None_____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____ (No)____
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 __3-9-08__                     __Phillip Peria__
17    DATE                         SIGNATURE OF APPLICANT