IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILLIP PRICE,

    Plaintiff,

v.

ARNOLD SCHWARZENEGGER,

    Defendant.

No. C 08-1416 VRW

**JUDGMENT IN A CIVIL CASE**

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    ( x ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that the court having dismissed the complaint under the authority of 28 USC § 1915A(b), judgment is entered in favor of defendant.

Dated: March 28, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE,<br><br>         Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER et al,<br><br>         Defendant.<br>_____/ | Case Number: C08-1416 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip Price T-75188
624 14th Street
Oakland, CA 94612

Dated: March 28, 2008

                                       Richard W. Wieking, Clerk
                                       By: Cora Klein, Deputy Clerk

*Cora Klein*