FILED
08 APR -3 PM 1:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

nnn
Phillip Price Plaintiff,

vs. Gov. Arnold Schwarzonegger, Thomas Hoffman Dir. of C.D.C.R., James Tilton-Sec, Shirley Poe, Reg. P. Adm., ~~Robert Roos, Dep. Comm.~~ Defendant.

CASE NO. CV08 1416 VRW

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, Phillip Price, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes (circled) No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Per. Month $1200.00 Net: $800.00. Per. Month

Employer: Evertt and Jones 126 BroadWay St. Oakland, CA 94612 - (510) 663-2350

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment? Yes ____ No ____ (No circled)

b. Income from stocks, bonds, or royalties? Yes ____ No ____ (No circled)

c. Rent payments? Yes ____ No ____ (No circled)

d. Pensions, annuities, or life insurance payments? Yes ____ No ____ (No circled)

e. Federal or State welfare payments, Social Security or other government source? Yes ____ No ____ (No circled)

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________________________

______________________________________________

3. Are you married? Yes ____ No ____ (No circled)

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

________________________________________

________________________________________

5. Do you own or are you buying a home? Yes ___ (No) ___

Estimated Market Value: $________ Amount of Mortgage: $________

6. Do you own an automobile? Yes ___ (No) ___

Make ________ Year ________ Model ________

Is it financed? Yes ___ No ___ If so, Total due: $ ________

Monthly Payment: $ ________

7. Do you have a bank account? Yes ___ (No) ___ (Do not include account numbers.)

Name(s) and address(es) of bank: ________________

________________________________________

Present balance(s): $ ________________

Do you own any cash? Yes ___ (No) ___ Amount: $ ________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ (No) ___

________________________________________

8. What are your monthly expenses? Plaintiff must Pay 40% of Pay to V.O.A.-Transitional Program.

Rent: $ ________ Utilities: ________

Food: $ ________ Clothing: $200.00 Per Month

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| none | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) No

________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ____ (No circled)

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-31-08 [signature]

DATE SIGNATURE OF APPLICANT

ORIGINAL FILED 08 MAR 12 PM 3:16 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number CV 08 1416 VRW

(PR)

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. __✓__ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

__✓__ You did not sign your In Forma Pauperis Application.

__✓__ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

__✓__ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other ____________________________________________

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By______________________
Deputy Clerk

PRICE

rev. 10/25/07

OAKLAND CA 94
01 APR 2008 PM 7 L




**BUSINESS REPLY MAIL**

**FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC**

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680