FILED
08 APR 15 PM 2:01

[U.S. DISTRICT COURT stamp]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

PHILLIP PRICE,
    PLAITIFF,

No. C 08-1416 VRW

Notice of Appeal

Vs

ARNOLD SCHWARZENEGGER, et al,
    DEFENDANTS

Notice is hereby given that Phillip Price (plaintiff) in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order of dismissal entered in this action on the 28th day of March, 2008

Phillip Price
Pro-Per
624 14th st.
Oakland, CA
(510) 419-0360

Date: 4-12-08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



PHILLIP PRICE,

    Plaintiff(s),

vs

ARNOLD SCHWARZENEGGER, et al,

    Defendant(s).

No. C 08-1416 VRW (PR)

ORDER OF DISMISSAL

(Doc # 2)

    Plaintiff, a former prisoner recently released from a one-year parole revocation term, has filed a pro se civil rights complaint for damages under 42 USC § 1983 alleging that the Deputy Commissioner Robert Roos violated his due process rights at the revocation hearing. Among other things, plaintiff alleges that his "agent of record" was not present at the hearing and that he was not allowed to confront the alleged victim or to hear the victim's testimony. Plaintiff also names various state officials on the ground that his return to custody on a parole revocation was a breach of his plea agreement to a maximum prison sentence of sixteen months.

    Plaintiff seeks to proceed in forma pauperis under 28 USC § 1915 which, good cause appearing, is GRANTED. The action must be dismissed under the authority of 28 USC § 1915(e)(2), however.