APR 29 PM 2:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

April 18, 2008

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FILED _____  APR 22 2008
DOCKETED _____
DATE _____  INITIAL _____

General Court Number
415.522.2000

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CASE NUMBER: CV 08-01416 VRW**

**CASE TITLE: PHILLIP PRICE-v-ARNOLD SCHWARZENEGGER**

USCA Case Number:  08-15985

Dear Sir/Madam:

Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gwen S. Agid*

by: Gwen Agid
Case Systems Administrator

cc: Counsel of Record